**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**THOMAS NAIL**                                                                        **PLAINTIFF**
**ADC #160439**

**v.**                                   **Case No. 3:23-cv-00029-KGB**

**STEVE FRANKS, *et al*.**                                                          **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 5).  The Court has reviewed the Recommendation.  No party has filed objections to the Recommendation, and the time to do so has passed.  Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*).  *Pro se* plaintiff Thomas Nail's complaint is dismissed without prejudice (Dkt. No. 1).  Judgment will be entered accordingly.

It is so ordered this 23rd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge