**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**THOMAS NAIL**                                                                                      **PLAINTIFF**
**ADC #160439**

**v.**                                     **Case No. 3:23-cv-00029-KGB**

**STEVE FRANKS,** *et al.*                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date by the Court, it is hereby considered, ordered, and adjudged that plaintiff Thomas Nail's complaint is dismissed without prejudice (Dkt. No. 1). The relief requested is denied.

It is so adjudged this 23rd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge